David Karl Gross, ABA #9611065
Birch Horton Bittner & Cherot
510 L Street, #700
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680
Email: dgross@bhb.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **JOSEPH R. TOMELLERI,**<br><br>**Plaintiff,**<br><br>v.<br><br>**STATE OF ALASKA and JOHN DOE,**<br><br>**Defendants.** | **Case No.: 3:19-cv-_____ (\_\_\_\_)**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

COMES NOW Plaintiff Joseph R. Tomelleri ("Plaintiff" or "Tomelleri") and, for his Complaint against Defendants the State of Alaska and John Doe (collectively "Defendants") alleges and states as follows:

### JURISDICTION AND VENUE

1. This claim is brought pursuant to 17 U.S.C. § 101, *et seq.*, for copyright infringement, and 17 U.S.C. § 1202, *et seq.,* for removal or alteration of copyright management information.

2. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) and (b) because this case arises under the copyright laws of the United States. (17 U.S.C. § 101 et seq.).

3. This Court has jurisdiction over the State of Alaska pursuant to the Copyright Remedy Clarification Act, specifically 17 U.S.C. § 511(a).

4. This Court has personal jurisdiction over John Doe because, upon information and belief, John Doe resides in Alaska and/or the infringing activity conducted by John Doe occurred in Alaska.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) because Defendants reside in this judicial district and 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim occurred in this judicial district.

## PARTIES

6. Plaintiff is an adult individual and a resident of the State of Kansas.

7. Alaska is a U.S. state.

8. Defendant John Doe is the currently-unidentified individual who caused infringing images to be displayed on a website owned and operated by the State of Alaska.

9. The claims asserted against John Doe in this Complaint are in his individual capacity.

## PLAINTIFF'S BACKGROUND AND WORKS

10. Plaintiff is an artist and a trained biologist who has spent most of his working life collecting, studying, and illustrating North American fish species.

TOMELLERI V. STATE OF ALASKA, ET AL.  
COMPLAINT  
00890186.DOCX  
CASE NO. 3:19-cv-_____ (___)  
PAGE 2 OF 8  

Case 3:19-cv-00312-HRH   Document 1   Filed 12/13/19   Page 2 of 8

11. Over a thirty plus (30+) year career, Plaintiff has created over one thousand (1,000) hand drawn illustrations of fish in various life cycles. The illustrations include over nine hundred (900) unique species.

12. Plaintiff's illustrations are used by scientists all over the world, and he is recognized as one of the world's preeminent fresh water fish illustrators.

13. For each illustration, Plaintiff puts in many hours observing, researching, and collecting fish species in the field to prepare for drawing the illustration. Then, drawing the illustration takes Plaintiff many more hours.

14. Plaintiff's illustrations have been published in many scientific studies, journals, books, magazines, and fish identification guides. Ichthyologists often use Plaintiff's illustrations to help better understand fish and their changing ecosystems. They value Plaintiff's hand-drawn work over photographs because of Plaintiff's technique in depicting color patterns, fin arrangements and other significant diagnostic characteristics of a particular fish species in a particular life cycle.

15. Plaintiff's work is identifiable by a standard "left-lateral" view, using Prismacolor as the primary medium.

16. Plaintiff uses information gained from observing the fish in addition to his own skill and judgment to create illustrations which capture the significant diagnostic characteristics of each fish.

17. Plaintiff is the owner of the website www.americanfishes.com ("Plaintiff's Website") where prints of his illustrations are available for purchase. Plaintiff's Website

contains digital reproductions of Plaintiff's illustrations available for sale. Each image prominently displays one or more copyright notices as in the below example.



*Example of one of Plaintiff's illustration on Plaintiff's Website*

18. Plaintiff is the sole owner and proprietor of all rights, titles, and interest in, and to, the copyrights for illustrations for a number and variety of fish that are at issue in this case (the "Works").

19. Plaintiff is and always has been the exclusive owner of all of the Works.

20. Each of the illustrations comprised in the Works is covered by a copyright registration owned by Plaintiff.

21. The following table individually lists each of Plaintiff's Works at issue and the corresponding registration information.

| No. | Illustration | Reg. # | Reg. Date |
|---|---|---|---|
| 1 | Pink Salmon | VA 1 163 619 | 11/05/2002 |
| 2 | Sockeye Salmon | VA 1 163 619 | 11/05/2002 |
| 3 | Chum Salmon | VA 1 163 619 | 11/05/2002 |
| 4 | Chinook Salmon, Male | VA 1 163 619 | 11/05/2002 |

22. Plaintiff's website displays the following copyright management information at the bottom of every page: "©2016 Joseph R. Tomelleri."

23. As can be seen above and on Plaintiff's Website, Plaintiff's original illustrations typically display copyright management information prominently in at least two locations: to the bottom right corner of the illustration the phrase "©2016 Joseph R. Tomelleri" is displayed, and directly below the illustration the title of the work and Mr. Tomelleri's name is displayed. In some instances, the indication that Mr. Tomelleri is the illustrator is present elsewhere near the image.

24. Similar copyright management information is typically provided in connection with Mr. Tomelleri's Works in the original publication in which they are featured.

25. Copyright management information may also be present in the metadata of electronic copies of each of Mr. Tomelleri's illustrations.

26. Plaintiff's copyright management information is written in clear, bold, large font which is easily seen by anyone viewing Plaintiff's Works. Such copyright management information immediately indicates the title of the Work, that Mr. Tomelleri is the author of the Work, and that Mr. Tomelleri claims an exclusive copyright in the Work.

27. Such copyright management information is typically provided in connection with every Tomelleri illustration in whatever form, digital or print, such work is published.

## **DEFENDANTS' CONDUCT**

28. Alaska Department of Fish and Game ("ADFG") is a state agency of the State of Alaska.

29. ADFG owns and operates the website with the URL address adfg.alaska.gov ("the Website").

TOMELLERI V. STATE OF ALASKA, ET AL.  
COMPLAINT  
00890186.DOCX

CASE NO. 3:19-cv-_____ (___)  
PAGE 5 OF 8

Case 3:19-cv-00312-HRH   Document 1   Filed 12/13/19   Page 5 of 8

30. Upon information and belief, the Website is distributed nationwide and viewable by any individual with internet access.

31. The Website is used by Defendant the State of Alaska for commercial purposes, including advertising and promoting its purpose and selling licenses, tags, and permits.

32. Plaintiff discovered that Defendants, without authorization, reproduced and displayed or caused to be reproduced and displayed, at least four (4) of his illustrations on the Website – to wit, the Works.

33. Upon information and belief, Defendants modified the Works, creating derivative versions of the Works.

34. Upon information and belief, the Works reproduced and displayed on the Website were viewed by individuals all over the country.

## COUNT I - COPYRIGHT INFRINGEMENT
### (17 U.S.C. § 501)

35. Plaintiff restates the allegations contained in the preceding paragraphs as if fully set forth herein.

36. Plaintiff has valid copyrights and copyright registrations for each of the Works.

37. Defendants have infringed Plaintiff's copyrights in his Works by preparing derivative works based upon the Works and by reproducing and publicly displaying unauthorized copies of the Works within the United States of America in violation of 17 U.S.C. § 101, *et seq.*

38. To the extent that Defendants do not acknowledge copying the Works, Defendants had access to the Works and the images used by Defendants are substantially similar to the Works.

39. In fact, the images used by Defendants are strikingly similar to the Works.

40. As a result of Defendants' above-described acts of copyright infringement, Plaintiff has sustained damages including lost licensing revenue in an amount not yet ascertained, and profits that should be disgorged to Plaintiff.

## **PRAYER FOR RELIEF**

WHEREFORE, for the reasons stated above, Plaintiff prays for judgment against Defendants as follows:

1. Under 17 U.S.C. § 502, grant temporary and final injunctions on such terms as it deems reasonable to prevent or restrain infringement of Plaintiff's copyright;

2. Under 17 U.S.C. § 503, order the impounding and ultimately destruction, on such terms as it may deem reasonable, of any records or material involved in Defendants' copyright infringement;

3. Under 17 U.S.C. § 504, award Plaintiff's actual damages and any additional profits of Defendants or, if Plaintiff so elects before judgment is entered, award statutory damages up to $150,000 per Work infringed;

4. Under 17 U.S.C. § 505, award costs to Plaintiff;

5. Under 17 U.S.C. § 505, award reasonable attorneys' fees to Plaintiff;

6. Awarding Plaintiff all available pre-judgment and post-judgment interest on all amounts of any judgment; and

TOMELLERI V. STATE OF ALASKA, ET AL.
COMPLAINT
00890186.DOCX

CASE NO. 3:19-cv-_____ (___)
PAGE 7 OF 8

Case 3:19-cv-00312-HRH   Document 1   Filed 12/13/19   Page 7 of 8

7. Grant to Plaintiff such further relief as may be equitable and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

DATED this  13th  day of December, 2019.

       BIRCH HORTON BITTNER & CHEROT
       Attorneys for Plaintiff

       By:   /s/ David Karl Gross
             David Karl Gross, ABA #9611065

       and

**EVANS & DIXON, LLC**

       By:   /s/  Scott J. Strohm
             Scott J. Strohm(*pro hac vice* motion forthcoming)
             Corporate Woods | Building 82
             10851 Mastin Boulevard, Suite 900
             Overland Park, KS 66210
             Telephone:  913-701-6810
             Facsmile:  913-341-2293
             Email:  kccivillit@evans-dixon.com

TOMELLERI V. STATE OF ALASKA, ET AL.     CASE NO. 3:19-cv-_____ (___)
COMPLAINT     PAGE 8 OF 8
00890186.DOCX

Case 3:19-cv-00312-HRH   Document 1   Filed 12/13/19   Page 8 of 8